

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-21-00219-CV

Emily **YOUNG** and Albert Morrison,
Appellants

v.

Eldon **ROALSON**, Roalson Interests, Inc.; Douglas Miller II; and Jim Guy Egbert,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 17-09-24412-CV
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

 The clerk's record was originally due July 19, 2021, but was not filed. On July 19, 2021, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellants had failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants were not entitled to appeal without paying the fee. We therefore **ORDER** appellants to provide written proof to this court that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee **by July 30, 2021**. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court